Jeffrey A. Carr
PEPPER HAMILTON LLP
(A Pennsylvania Limited Liability Partnership)
Suite 400
301 Carnegie Center
Princeton, NJ  08543-5276
(609) 452-0808

*Counsel for Defendants, Semprae Laboratories, Inc.*
*(improperly plead as Semprae Pharmaceuticals),*
*Rachel Scherl, Mary Jaensch, The Jannick Group, LLC*
*(improperly plead as The Jannick Group), Ira Lubert,*
*Quaker Bioventures and Independence Capital*
*Partners, Inc. (improperly plead as Independence Capital Partners)*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HAROLD P. MINTZ D/B/A ENHANCEMENT ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>SEMPRAE PHARMACEUTICALS, NEW SPRING CAPITAL PARTNERS, ZEV SCHERL, RACHEL SCHERL, MARY JAENSCH, THE JANNICK GROUP, IRA LUBERT, QUAKER BIOVENTURES, INDEPENDENCE CAPITAL PARTNERS,<br><br>Defendants. | CIVIL ACTION NO. _____<br><br><br>**CERTIFICATION OF FILING AND SERVICE** |

Jeffrey A. Carr certifies as follows:

1.      I am an attorney-at-law of the State of New Jersey and a partner in the law firm of Pepper Hamilton LLP, attorneys for Defendants, Semprae Laboratories, Inc., Rachel Scherl, Mary Jaensch, The Jannick Group, LLC, Ira Lubert, Quaker Bioventures and Independence Capital Partners, Inc.  As such, I am familiar with the facts set forth herein.

#12923091 v1

2.      I hereby certify that on this date, I served a copy of the within Notice of Removal upon Plaintiff by mailing the same <u>via</u> first class mail addressed to Plaintiff, Harold P. Mintz, 100 Old Palisade Road, PL-14, Fort Lee, NJ 07024 and upon the New Spring Defendants by mailing the same <u>via</u> first class mail addressed to their counsel, Aaron Krauss, Esq., Cozen O'Connor, 1900 Market Street, Philadelphia, PA 19103.

3.      I also certify that on this date, I caused a copy of the Notice of Removal to be filed with the Clerk of the Superior Court of New Jersey, Law Division, Bergen County, by mailing the same <u>via</u> first class mail.

4.      Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that the foregoing is true and correct.

   s/  Jeffrey A. Carr
Jeffrey A. Carr

Dated:  August 3, 2010