Aaron Krauss (016211991)
COZEN O'CONNOR
Suite 300, LibertyView
457 Haddonfield Road
Cherry Hill, NJ 08002-2220
(856) 910-5000
*Counsel for Defendants New Spring Capital Partners and Zev Scherl*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAROLD P. MINTZ D/B/A ENHANCEMENT ASSOCIATES, | : | CIVIL ACTION NO.10-cv-3937 (KSH) |
| | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SEMPRAE PHARMACEUTICALS, NEW | : | **APPLICATION FOR EXTENSION OF** |
| SPRING CAPITAL PARTNERS, ZEV | : | **TIME PURSUANT TO LOCAL RULE 6.1** |
| SCHERL, RACHEL SCHERL, MARY | : | |
| JAENSCH, THE JANNICK GROUP, IRA | : | |
| LUBERT, QUAKER BIOVENTURES, | : | |
| and INDEPENDENCE CAPITAL PARTNERS, | : | |
| | : | |
| Defendants. | : | |

Application is hereby made pursuant to Local Federal Rule 6.1 for an Order extending

the time within which defendants New Spring Capital Partners and Zev Scherl (collectively

referred to as the "Defendants") may respond to the Complaint filed by Plaintiff herein and it is

represented that:

1.      On June 16, 2010, Plaintiff, Harold P. Mintz, d/b/a Enhancement Associates

("Plaintiff") filed a Complaint against Defendants in the New Jersey Superior Court, Bergen

County.

2.      On or about July 7, 2010, Defendants received notice of the Complaint.

3.      Defendants, on August 3, 2010, removed this action to this Court as it arises

under the laws of the United States as provided in 28 U.S.C. § 1331.

4.      Pursuant to Rule 81(c), a responsive pleading in a removed action must be filed

within 21 days after receipt through service or otherwise of a copy of the initial pleading or

within seven days after filing the petition for removal, whichever period is longest.

5.      As such, the time for Defendants to respond to the Plaintiff's Complaint expires on

August 10, 2010, seven days after the filing of the petition for removal.

6.      Defendants respectfully request, pursuant to Local Federal Rule 6.1, that the Clerk

enter an Order extending the time in which Defendants may answer, move or otherwise reply to

the Complaint by 14 days until August 24, 2010.

Respectfully submitted,
COZEN O'CONNOR

_s/_Aaron Krauss_____
AARON KRAUSS (016211991)
COZEN O'CONNOR
Suite 300, Liberty View
457 Haddonfield Road
Cherry Hill, NJ 08002-2220
(856) 910-5000

JEFFREY G. WEIL
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103-3508
(215) 665-5582
OF COUNSEL

Attorneys for Defendants New Spring Capital
Partners and Zev Scherl

Dated: August 5, 2010

Aaron Krauss (016211991)
COZEN O'CONNOR
Suite 300, LibertyView
457 Haddonfield Road
Cherry Hill, NJ 08002-2220
(856) 910-5000
*Counsel for Defendants New Spring Capital Partners and Zev Scherl*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAROLD P. MINTZ D/B/A ENHANCEMENT ASSOCIATES, | CIVIL ACTION NO. 10-cv-3937 (KSH) |
| Plaintiff, | |
| v. | |
| SEMPRAE PHARMACEUTICALS, NEW SPRING CAPITAL PARTNERS, ZEV SCHERL, RACHEL SCHERL, MARY JAENSCH, THE JANNICK GROUP, IRA LUBERT, QUAKER BIOVENTURES, INDEPENDENCE CAPITAL PARTNERS, | **ORDER** |
| Defendants. | |

The Application of Defendants New Spring Capital Partners and Zev Scherl for an

Extension of Time to Answer, Move or Otherwise Reply to Plaintiff's Complaint is **GRANTED**.

These Defendants' time to answer, move or otherwise reply to the Complaint is extended by

fourteen (14) days up to and including August 24, 2010.

WILLIAM T. WALSH, Clerk

By:_____
        Deputy Clerk

Order Dated:_____

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused a true and correct copy of the foregoing

APPLICATION FOR AN EXTENSION OF TIME PURSUANT TO LOCAL RULE 6.1 to be

served upon the following, via first class mail, postage prepaid:


Jeffrey A. Carr
PEPPER HAMILTON, LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276

Harold P. Mintz, d/b/a Enhancement Associates
100 Old Palisade Road, PL-14
Fort Lee, NJ 07024


                                         __s/ Aaron Krauss_____
                                         Aaron Krauss

Dated:  August 5, 2010

PHILADELPHIA\5675992\1  274296.000